FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 1 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

JS6

1  Kevin S. Rosen, SBN 133304
   Daniel S. Floyd, SBN 123819
2  Shannon E. Mader, SBN 235271
   GIBSON, DUNN & CRUTCHER LLP
3  333 South Grand Avenue
   Los Angeles, California 90071-3197
4  Telephone: (213) 229-7000
   Facsimile: (213) 229-7520
5  krosen@gibsondunn.com
   DFloyd@gibsondunn.com
6  Attorneys for Defendant,
   E. MICHAEL THOBEN, III

7

   RICHARD MARMARO, SBN 91387
8  SKADDEN, ARPS, SLATE, MEAGHER & FLOM
   300 South Grand Avenue, Suite 3400
9  Los Angeles, California 90071
   Telephone: (213) 687-5480
10 Facsimile: (213) 621-5480
   Attorneys for Defendant, Paul D. Meyer

11

   LIONEL Z. GLANCY, SBN 134180        KIRSTEN H. SPIRA, SBN 119885
12 GLANCY, BINKOW & GOLDBERG           McNAMARA, SPIRA & SMITH
   1801 Ave. of the Stars, Suite 311   10866 Wilshire Blvd., Suite 800
13 Los Angeles, CA 90067               Los Angeles, California 90024
   Telephone: (310) 201-9150           Telephone: (310) 979-2584
14 Facsimile: (310) 201-9160           Facsimile: (310) 979-2581
   Attorneys for Plaintiff, Bryon C. Jaques   Attorneys for Nominal Defendant,
15                                      Interlink Electronics, Inc.

16

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| BRYON C. JAQUES, Derivatively on Behalf of Nominal Defendant INTERLINK ELECTRONICS, INC., | CASE NO. CV06-7416 AG (SHx) |
| Plaintiff, | (Assigned to the Honorable Andrew J. Guilford, Courtroom 10D) |
| v. | [PROPOSED] **FINAL JUDGMENT AND ORDER OF DISMISSAL OF DERIVATIVE ACTION** |
| E. MICHAEL THOBEN, III, PAUL D. MEYER | |
| Defendants, | |
| and | |
| INTERLINK ELECTRONICS, INC., | |
| Nominal Defendant. | |

This matter having come before the Court for hearing pursuant to an Order of this Court dated MARCH 16, 2009, on the application of the Settling Parties for approval of the settlement set forth in the Stipulation of Settlement dated as of ~~January~~ FEBRUARY 5, 2009 (the "Stipulation"), and due and adequate notice having been given of the settlement as required in said Order, and the Court having considered all papers filed and proceedings held herein and otherwise being fully informed in the premises and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Judgment incorporates by reference the definitions in the Stipulation, and all terms used herein shall have the same meanings set forth in the Stipulation.

2. This Court has jurisdiction over the subject matter of the Litigation and over all parties to the Litigation.

3. Pursuant to Rule 23.1 of the Federal Rules of Civil Procedure, this Court hereby approves the proposed Settlement set forth in the Stipulation and finds that the Settlement is, in all respects, fair, reasonable and adequate, and is in the best interests of Plaintiff, Interlink, and Interlink's shareholders, and the Settling Parties are hereby directed to implement all of its terms and provisions.

4. Upon the entry of this Final Order and Judgment, Plaintiff, on his own behalf individually and derivatively on behalf of Interlink, Plaintiff's Counsel and Interlink shall have, and by operation of the Judgment shall be deemed to have, fully, finally, and forever released, relinquished and discharged all Released Claims (including Unknown Claims) and any and all claims arising out of, relating to, or in connection with the Settlement or resolution of the Litigation against the Released Persons and the Interlink Releasees.

5. Plaintiff, on his own behalf individually and derivatively on behalf of Interlink, Plaintiff's Counsel and Interlink are hereby forever barred and enjoined from prosecuting the Released Claims against the Released Persons, the Related Persons and/or the Interlink Releasees.

6. Upon the entry of this Final Order and Judgment, each of the Released Persons and Interlink Releasees shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished and discharged Plaintiff and Plaintiff's Counsel from all claims (including Unknown Claims), arising out of, relating to, or in connection with the institution, prosecution, assertion, settlement or resolution of the Litigation or the Released Claims.

7. The distribution of the Notice of Pendency and Proposed Settlement of Derivative Action (the "Notice") and the publication of the Summary Notice as provided for in the Preliminary Approval Order constituted the best notice practicable under the circumstances, including individual notice to all shareholders who could be identified through reasonable effort. Said Notice provided the best notice practicable under the circumstances of those proceedings and of the matters set forth therein, including the proposed Settlement set forth in the Stipulation, to all Persons entitled to such notice, and said Notice satisfies the requirements of Federal Rule of Civil Procedure 23.1, the requirements of due process

8. This Order and Final Judgment shall not constitute any evidence or admission by any party herein that any acts or wrongdoing have been committed by any of the Parties to the action and should not be deemed to create any presumption or inference that there is liability therefore.

9. Plaintiff's counsel is hereby awarded attorneys' fees in the amount of $75,000 inclusive of all costs and expenses, which amount the Court finds to be fair and reasonable, to be paid in accordance with the terms set forth in the Stipulation.

10. Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over all parties hereto for the purpose of construing, enforcing, and administering the Stipulation.

DATED: June 1, 2009

The Honorable Andrew J. Guilford

Gibson, Dunn & Crutcher LLP

- 2 -

[PROPOSED] FINAL JUDGMENT AND ORDER